Case 7:26-cr-00487-KMK Document 49 Filed 11/09/26 Page 1 of 1

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

November 9, 2026

BY ECF
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Floyd Forrest,* 26 Cr. 487(KMK)

Your Honor:

I represent Floyd Forrest in the referenced matter. A conference is currently scheduled for November 10, 2026, at 2 p.m. Because I have a previously-scheduled conference in Manhattan on another matter at 12 p.m. that day, I am unsure whether I will be able to appear in time for the conference in this case at 2 p.m. Accordingly, I ask for permission for Howard Tanner, who represents a co-defendant on this case, to appear in my place on behalf of Mr. Forrest. I have discussed this with Mr. Forrest and he has no objection.

Granted.

So Ordered

11/9/26

Respectfully submitted,

/s/
James E. Neuman